UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BRYAN J. SMITH,**

 **Plaintiff,**

v.                 Case No. 8:21-cv-2906-TPB-AAS

**KILOLO KIJAKAZI,**
**Commissioner,**
**Social Security Administration,**

 **Defendant.**
_____/

## REPORT AND RECOMMENDATION

  Bryan J. Smith moves for attorney's fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. Section 2412. (Doc. 22). The Commissioner does not oppose the motion. (*Id.* at 4).

  Mr. Smith requests $8,164.25 in attorney's fees. (*Id.* at 1). The EAJA permits awards for reasonable attorney's fees and costs to a prevailing party against the United States. 28 U.S.C. § 2412. A July 29, 2022 order remanded the Commissioner's final decision under sentence four of 42 U.S.C. Section 405(g) for further administrative proceedings. (Doc. 20). The Clerk entered judgment in Mr. Smith's favor. (Doc. 21).

  The Commissioner does not contest the following: Mr. Smith is the prevailing party; Mr. Smith's net worth was less than $2 million when he filed his complaint; the Commissioner's position was not substantially justified; and

1

Mr. Smith's attorney's fees request are reasonable. (Doc. 22, pp. 7–9; Doc. 5). A court should grant a Social Security claimant's request for attorney's fees when it is unopposed. *See Jones v. Colvin*, No. 8:13-CV-2900-T-33AEP, 2015 WL 7721334 (M.D. Fla. Nov. 30, 2015) (awarding unopposed attorney's fees request). Thus, Mr. Smith is entitled to $8,164.25 in attorney's fees.

Attorney's fees awarded to a claimant under the EAJA can be offset to satisfy the claimant's pre-existing debt to the United States. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Following an order, the United States Department of the Treasury will determine whether Mr. Smith owes a debt to the United States. Mr. Smith assigned his rights to EAJA fees to his attorney. (Doc. 22, Ex. 2). So, if Mr. Smith has no federal debt, the United States will accept his assignment of EAJA fees and pay the fees directly to counsel.

Accordingly, it is **RECOMMENDED** that Mr. Smith's motion for attorney's fees under the EAJA (Doc. 22) be **GRANTED**. Mr. Smith should be awarded **$8,164.25** in attorney's fees.

**ORDERED** in Tampa, Florida on October 26, 2022.

AMANDA ARNOLD SANSONE
United States Magistrate Judge

## **NOTICE TO PARTIES**

The parties have fourteen days from the date they are served a copy of this report to file written objections to this report's proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file written objections. 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. A party's failure to object timely in accordance with 28 U.S.C. § 636(b)(1) waives that party's right to challenge on appeal the district court's order adopting this report's unobjected-to factual findings and legal conclusions. 11th Cir. R. 3-1.