UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRYAN J. SMITH,

    Plaintiff,

v.                                         Case No. 8:21-cv-2906-TPB-AAS

COMMISSIONER OF SOCIAL
SECURITY and UNITED STATES
ATTORNEY,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the report and recommendation of United States Magistrate Judge Amanda A. Sansone, entered on October 26, 2022. (Doc. 23). Judge Sansone recommends that "Plaintiff's Unopposed Petition for EAJA Fees Pursuant to 28 U.S.C. § 2412(d)" (Doc. 22) be granted, and that the Court approve the attorney's fees requested as reasonable. Specifically, Judge Sansone recommends that Plaintiff should be awarded $8,164.25 in attorney's fees.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. §

636(b)(1)(C). When no objection is filed, a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Sansone's report and recommendation, the Court adopts the report and recommendation in all respects. The Court agrees with Judge Sansone's detailed and well-reasoned factual findings and legal conclusions. As such, Plaintiff's motion is granted.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

1. The report and recommendation (Doc. 23) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

2. "Plaintiff's Unopposed Petition for EAJA Fees Pursuant to 28 U.S.C. § 2412(d)" (Doc. 22) is **GRANTED**.

3. The Court finds that attorney's fees requested by counsel are reasonable. Plaintiff is awarded $8,164.25 in attorney's fees.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 15th day of November, 2022.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**